**ECO-024**

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>24-1184</u>

DANIELLE MACK, on behalf of herself and all others similarly situated

    v.

SIX FLAGS GREAT ADVENTURE, LLC; SIX FLAGS ENTERTAINMENT CORPORATION,
                 Appellants

    (D.N.J. No. 3:23-cv-03813)


C.A. No. <u>24-1817</u>

LANDBRIDGE PORT SERVICES (HONG KONG) LTD.

    v.

NOTARC PORT INVESTMENT LLC; NOTARC INVESTMENT PARTNERS LLC; COASTAL INFRASTRUCTURE PARTNERS LLC; COASTAL INFRASTRUCTURE TRUST NO. 1; LIANG ZHANG; DION L. BOWE; LESLIE C. BETHEL; COLIN MICHAEL MARTINEZ; SINOLAM CONSULTING & TRADING HOLDINGS PTE LTD.

    Notarc Port Investment LLC; Notarc Investment Partners LLC;
    Coastal Infrastructure Partners LLC; Dion L. Bowe; Leslie C. Bethel,
             Appellants

    (D. Del. No. 1:24-cv-00397)


Present:   BIBAS, FREEMAN and NYGAARD, <u>Circuit Judges</u>

1. Clerk's Submissions for Possible Dismissal Due to a Jurisdictional Defect;

2. Response by Appellee Danielle Mack to Clerk's Order Regarding Jurisdiction;

3. Response by Appellants Six Flags Entertainment Corp and Six Flags Great Adventure LLC to Clerk's Order Regarding Jurisdiction;

4. Response by Appellees Coastal Infrastructure Trust No 1 and Colin Michael Martinez to Clerk's Order Regarding Jurisdiction;

5. Response by Appellee Landbridge Port Services Hong Kong Ltd to Clerk's Order Regarding Jurisdiction;

6. Response by Appellants , Leslie C. Bethel, Dion L. Bowe, Coastal Infrastructure Partners LLC, Notarc Investment Partners LLC and Notarc Port Investment LLC.

Respectfully,

Clerk

_____ ORDER _____

The jurisdictional issue in each appeal is referred to a merits panel

By the Court,

s/Stephanos Bibas_____
Circuit Judge

Dated: February 3, 2025
Tmm/cc: All Counsel of Record